PAUL LUKARIS et al., Respondents, v. HARRISON VENDING SYSTEMS, INC., et al., Appellants.— STALEY, JR., J.

Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Staley, Jr., J.